**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 13-2441 (DWF/FLN) |
| Minnie Williams, Plaintiff, v. Civil No. 13-2054 (DWF/FLN) Howmedica Osteonics Corp., d/b/a Stryker Orthopaedics, Defendant. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by Plaintiff on May 13, 2015, (Civil No. 13-2054 (DWF/FLN), Doc. No. [34]),[1]

**IT IS HEREBY ORDERED** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 18, 2015         s/Donovan W. Frank
                            DONOVAN W. FRANK
                            United States District Judge

---

[1] Plaintiff Minnie Williams's Notice of Voluntary Dismissal was filed only in the individual case (Civil No. 13-2054 (DWF/FLN), Doc. No. 34). The Notice of Voluntary Dismissal should also have been filed in the master case, MDL 13-2441 (DWF/FLN).